# HUGGARD v. WAKE COUNTY HOSPITAL SYSTEM

No. 280PA91

Case below: 102 N.C.App. 773

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 allowed 14 August 1991.

# IN RE BUNTON

No. 228PA91

Case below: 102 N.C.App. 579

Petition by Jay Walter Bunton for discretionary review pursuant to G.S. 7A-31 allowed 14 August 1991.

# IN RE ESTATE OF NORTON

No. 252PA91

Case below: 102 N.C.App. 823

Petition by Teab Norton for discretionary review pursuant to G.S. 7A-31 allowed 14 August 1991.

# KIMZAY WINSTON-SALEM, INC. v. JESTER

No. 257P91

Case below: 103 N.C.App. 77

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 14 August 1991.

# MANNING v. FLETCHER

No. 229PA91

Case below: 102 N.C.App. 392

Petition by defendant (Insurance Company) for discretionary review pursuant to G.S. 7A-31 allowed 14 August 1991.